MANDATE

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

DC (New Haven)
02-CV-2150
Underhill, DJ

FILED
2004 DEC 13 P 3:59

------------------------------------X
GETHRO MEANT,                       :
                                    :
              Petitioner,           :   STIPULATION WITHDRAWING
                                    :   APPEAL WITH PREJUDICE
    - v. -                          :
                                    :   Dkt. No. 03-2368-pr
JOHN ASHCROFT,                      :
                                    :
              Respondent.           :
                                    :
------------------------------------X

IT IS STIPULATED AND AGREED, by and between the parties, as follows:

1. On December 5, 2002, the petitioner, Gethro Meant, filed a petition for a writ of habeas corpus, in which he alleged that his conviction under Conn. Gen. Stat. § 21a-277a for sale of narcotics was not an aggravated felony.

2. On May 5, 2003, the district court denied Meant's petition.

3. Meant filed a notice of appeal on May 30, 2003.

4. On August 6, 2003, this Court decided Gousse v. Ashcroft, 339 F.3d 91 (2d. Cir. 2003), which, the parties agree, is dispositive of Mr. Meant's claim that his conviction under Conn. Gen. Stat. § 21a-277a was not an aggravated felony.

5. In Gousse, the Court held that because Gousse could

_ISSUED AS MANDATE NOV 30 2004

point to no substances that appeared on Connecticut's list of *narcotic substances* but not on the federal list of *controlled substances*, Connecticut's definition of *narcotic substances* was not broader than the federal definition of *controlled substances*, and, resultantly, Gousse's conviction under Conn. Gen. Stat. § 21a-277a was a conviction for illicit trafficking in a controlled substance, and an aggravated felony, that rendered him removable, irrespective of the actual substance underlying his conviction. Gousse, 339 F.3d at 96-98, 100.

6. Because the Court's decision in Gousse is dispositive of Mr. Meant's claim that his conviction under Conn. Gen. Stat. § 21a-277a is not an aggravated felony, the parties agree that the appeal is moot.

7. Accordingly, the above-captioned appeal is hereby withdrawn with prejudice and without costs or attorney's fees to any party, pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

A TRUE COPY
ROSEANN B. MacKECHNIE, Clerk
*[signature]*

Dated: Glastonbury, CT
      October 6, 2004

_____
ROBERTO T. LUCHEME
Attorney for Petitioner
41 Hebron Avenue
Glastonbury, CT 06033
Telephone: (860) 633-1962

Dated: New Haven, CT
      October 5, 2004

KEVIN J. O'CONNOR
United States Attorney or the
District of Connecticut
Attorney for Respondent

By: _____
PATRICK F. CARUSO
Assistant United States Attorney
157 Church Street
New Haven, CT 06508
Telephone: (203) 821-3700

SO ORDERED:

NOV 30 2004

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk
by
_____
Tracy W. Young, Motions Staff Attorney

[STAMP: UNITED STATES COURT OF APPEALS FILED NOV 30 2004 Roseann B. Mackechnie, Clerk SECOND CIRCUIT]

3